## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No: 17-25125 |
| Vander B. Ward, | Chapter: 13-bhl |
| Debtor. | |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

NOW COMES Randall S. Miller & Associates, LLC and does hereby enter its appearance as counsel for Creditor, Carrington Mortgage Services, LLC. Said Creditor is a party in interest and pursuant to the Bankruptcy Rules and the Bankruptcy Code does hereby request that all Notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served, whether electronically or otherwise, on:

> Randall S. Miller & Associates, P.C.
> 120 N. La Salle Street, Suite 1140
> Chicago, IL 60602
> bankruptcy@rsmalaw.com
> (248) 335-9200

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, fax or otherwise which effects or seeks to affect in any way the rights or interests of said creditor.

This appearance shall act as an appearance of every member of Randall S. Miller & Associates, LLC, and is not limited to the attorney(s) listed below.

> Respectfully Submitted,
> Randall S. Miller & Associates, P.C.

Dated: May 24, 2017

> /s/ Jack N. Zaharopoulos
> SBN 1041503
> Attorney for Creditor
> 120 N. LaSalle St. #1140
> Chicago, IL 60602
> (312) 267-2104
> jackz@rsmalaw.com